IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jerome Grulkowksi, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bakken Diesel, LLC, | ) | Case No. 1:20-cv-075 |
| | ) | |
| Defendant. | ) | |

On April 28, 2021, the parties filed a Stipulation to Extend Discovery Deadlines and Trial Date. The court **ADOPTS** the parties' stipulation (Doc. No. 17) and **AMENDS** the pretrial deadlines as follows:

1. All fact discovery shall be completed by the following deadlines, with all written discovery to be served a minimum of thirty (30) days prior to the deadlines: February 1, 2022.

2. The parties shall have until February 2, 2022 to file discovery motions.

3. The deadlines for exchanging complete expert witness reports are as follows:

    a. February 14, 2022, for plaintiff; and

    b. April 1, 2022, for defendant.

4. Discovery depositions of expert witnesses shall be completed by May 1, 2022.

5. The parties shall have until July 1, 2022, to file dispositive motions.

The court further **ORDERS** that the final pretrial conference set for January 11, 2022, shall be rescheduled for November 22, 2022, by telephone before the Magistrate Judge. To participate in the conference, the parties should call (877) 810-8415 and enter access code 8992581. Finally, the

court **ORDERS** that jury trial set for January 24, 2022, shall be rescheduled for December 5, 2022, at 9:00 AM in Bismarck before Judge Traynor.  A seven (7) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court